**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ORIENT OVERSEAS CONTAINER LINE LIMITED, et al, *Plaintiffs,* | § § § § § | C. A. No. 4:26-cv-03606 |
| v. | § § § | |
| THE UNITED STATES OF AMERICA, et al, *Defendants.* | § § § § | |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**
**AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Orient Overseas Container Line Limited, OOCL (Europe) Limited, and OOCL (USA) Inc. file the following disclosure statement and certificate of interested parties:

**I. RULE 7.1 DISCLOSURE STATEMENT**

Orient Overseas Container Line Limited ("OOCLL") is not publicly traded. OOCLL is a wholly-owned subsidiary of Orient Overseas (International) Limited ("OOIL"). OOIL is a publicly traded entity, traded on the Hong Kong Stock Exchange under stock code 0316. Its majority shareholder is COSCO Shipping Holdings Co., Ltd. COSCO Shipping Holdings Co., Ltd. also is a publicly traded company. It is dual-listed on two major exchanges: Hong Kong Stock Exchange (traded under stock code 1919) and Shanghai Stock Exchange (traded under stock code 601919). The majority shareholder of COSCO Shipping Holdings Co., Ltd. is China COSCO Shipping Corporation Limited. China

COSCO Shipping Corporation Limited is not a publicly traded company.  It is a 100% state-owned enterprise of the People's Republic of China, under the supervision of the State-owned Assets Supervision and Administration Commission.

OOCL (Europe) Limited has the same line of parent companies as OOCLL.

OOCL (USA) Inc.'s direct parent company is OOCLL.

## II. CERTIFICATE OF INTERESTED PARTIES

Plaintiffs believe that the following persons and entities are financially interested in the outcome of this litigation:

1. Orient Overseas Container Line Limited (Plaintiff);

2. OOCL (Europe) Limited (Plaintiff);

3. OOCL (USA) Inc. (Plaintiff)

Further, while the following entities do not have a direct interest in this action, to the extent that Plaintiffs' declaratory judgment action seeks to invalidate the activities conducted to date in two Federal Maritime Commission ("FMC") proceedings pending against Orient Overseas Container Line Limited and OOCL (Europe) Limited, the complainants in those actions may indirectly have a interest in this matter.  Those entities are Bed Bath & Beyond Inc. n/k/a 20230930-DK-BUTTERFLY-1, Inc. (Complainant in FMC Docket No. 23-02), and Nielsen & Bainbridge, LLC (Complainant in FMC Docket No. 25-31).

2

Houston, Texas

May 12, 2026

Respectfully submitted,

BLANK ROME LLP

*/s/ Keith B. Letourneau*
Keith B. Letourneau (Attorney-in-charge)
State Bar No. 00795893
Federal I.D. No. 20041
Zachary Cain
State Bar No. 24078297
Federal I.D. No. 1829905
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605
kletourneau@blankrome.com
zcain@blankrome.com

*Attorneys for Orient Overseas Container Line Limited, OOCL (Europe) Limited, and OOCL (USA) Inc.*