United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ORIENT OVERSEAS CONTAINER LINE LIMITED, *et al*,　　Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:26-cv-03606 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| UNITED STATES OF AMERICA, *et al*,　　Defendants. | §<br>§<br>§ | |

**ORDER DENYING RECONSIDERATION**

Prior order denied the emergency motion by Plaintiffs Orient Overseas Container Line Limited, OOCL (USA) Inc, and OOCL (Europe) Limited for temporary restraining order. Dkt 8. The motion for preliminary injunction remains under advisement, and Defendants have been ordered to respond.

Pending is a request by Plaintiffs to reconsider the denial of their motion for TRO. Dkt 11.

Simply put, the insistence by Plaintiffs to seek a ruling in the first instance, and now reconsideration in the second, without affording Defendants the opportunity to respond is not well received. Indeed, it is quite suspect, in that the undersigned has no assurance that a credible and accurate statement of the subject proceedings has been provided.

To the extent immediate reconsideration is requested, it is DENIED. Dkt 11.

The legal points at issue will be considered and resolved with hearing on the motion for preliminary injunction, after Defendants respond.

This matter is hereby SET for preliminary injunction hearing on June 8, 2026, at 10:30 am in Courtroom 9F.

SO ORDERED.

Signed on May 14,  2026, at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge