**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ORIENT OVERSEAS CONTAINER LINE LIMITED, et al, *Plaintiffs,* | § | |
| | § | C. A. No. 4:26-cv-03606 |
| v. | § | |
| | § | |
| THE UNITED STATES OF AMERICA, et al, *Defendants*. | § | |

**PLAINTIFFS' NOTICE OF APPEAL**

Please take notice that Plaintiffs Orient Overseas Container Line Limited, OOCL (Europe) Limited, and OOCL (USA) Inc., (collectively, "OOCL") hereby appeal to the United States Court of Appeals for the Fifth Circuit the United States District Court for the Southern District of Texas' effective denial of OOCL's Emergency Motion for Preliminary Injunction (see briefing at Dkts. 2, 11 and 18) by failing to rule on the motion and indicating his intent to transfer the above-captioned case to the out-of-circuit U.S. District Court for the District of Columbia.

The Court of Appeals has jurisdiction to hear appeals from interlocutory orders of the District Court that grant or deny injunctions. 28 U.S.C. § 1292(a)(1). Action by a district court that has the practical effect of denying injunctive relief necessary to remediate a threat of serious or irreparable hard is immediately appealable. See *Clarke v. Commodity Futures Trading Comm'n*, 74 F.4th 627, 635 (5th Cir. 2023) (noting the motions panel had found jurisdiction because the district court's actions "while not explicitly denying a

preliminary injunction, nonetheless ha[ve] the practical effect of doing so and might cause irreparable harm absent immediate appeal"); *In re. Chamber of Commerce of the United States, et al.*, 100 F.4th 528 (5th Cir. 2024) (Fifth Circuit found that district Court's decision to transfer venue effectively denied preliminary injunction motion).

The District Court has effectively denied OOCL's Emergency Motion for Preliminary Injunction (which also included a request for issuance of a Temporary Restraining Order ("TRO")). OOCL filed its motion on May 5, 2026, demonstrating that OOCL is suffering irreparable harm by being subjected to two unconstitutional Federal Maritime Commission proceedings by virtue of the structural deficiencies underlying the two-layer protections afforded to Federal Maritime Commission Administrative Law Judges. Dkt. 2. The District Court denied the requested TRO on May 7, 2026. OOCL filed a consolidated motion for reconsideration of the TRO and supplement to its preliminary injunction motion on May 12, 2026. Dkt. 11. The District Court denied the motion to reconsider on May 14, 2026. Dkt. 12.

The Government defendants filed their Response to OOCL's Motion on May 28, 2026, and OOCL filed its Reply on June 4, 2026 (Dkt. 18), rendering the Motion ripe for decision at the scheduled June 8, 2026 hearing. See Dkt. 12 at p. 2. The Government defendants filed a motion to transfer venue on May 28, 2026. The Court ordered expedited briefing in response, which OOCL filed on June 5, 2026. Dkt. 19. The Government filed a reply brief on June 8, 2026. The District Court heard oral argument on June 8, 2026, and indicated his intent to transfer the case to the District Court for the District of Columbia.

The undersigned requested that the Court issue a stay of that decision to enable OOCL to file an appeal to the Fifth Circuit of Appeals. The Court ordered OOCL to file a short brief on the standards governing issuance of a stay by close of business on June 8, 2026, and for the Government to respond on June 9, 2026.

Under Fifth Circuit precedent, the Court's denial of OOCL's motion for expedited consideration and failure to rule on the motion for preliminary injunction while OOCL faces ongoing, and accumulating and irreparable constitutional harm has effectively denied OOCL's request for meaningful preliminary injunctive relief. Plaintiffs therefore give this notice of appeal.

Houston, Texas

June 8, 2026

Respectfully submitted,

BLANK ROME LLP

*/s/ Keith B. Letourneau*
Keith B. Letourneau (Attorney-in-charge)
State Bar No. 00795893
Federal I.D. No. 20041
Zachary Cain
State Bar No. 24078297
Federal I.D. No. 1829905
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605
kletourneau@blankrome.com
zcain@blankrome.com

*Attorneys for Orient Overseas Container Line Limited, OOCL (Europe) Limited, and OOCL (USA) Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June 2026, I caused the foregoing to be electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keith B. Letourneau*
Keith B. Letourneau