**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ORIENT OVERSEAS CONTAINER LINE LIMITED, *et al*, | § | CIVIL ACTION NUMBER |
| Plaintiffs, | § | 4:26-cv-03606 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| UNITED STATES OF AMERICA, *et al*, | § | |
| Defendants. | § | |

**MINUTE ENTRY**

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on August 5, 2026. All parties present by video and represented by counsel.

The parties advised that this matter remains on appeal before the Fifth Circuit.

It was noted that the prior order of transfer had been stayed until July 1, 2026, to allow for review by the Fifth Circuit. Dkt 26 at 4.

For the avoidance of doubt, the order of transfer will remain STAYED pending resolution of the appeal.

SO ORDERED.

Signed on August 5, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge